DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DONALD WRIGHT JR.** a/k/a
**DONALD WRIGHT,**
Appellant,

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY,** as Trustee for Morgan Stanley ABS Capital MSAC 2007-HE6**, STATE OF FLORIDA, DEPARTMENT OF REVENUE, NATASHA A. COX, TANGELA MCINTOSH, UNKNOWN SPOUSE OF DONALD WRIGHT, JR, JOHN DOE, JANE DOE AS UNKNOWN TENANT(S) IN POSSESSION OF THE SUBJECT PROPERTY,**
Appellees.

No. 4D13-3221

[January 7, 2015]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel Lazarus, Judge; L.T. Case No. CACE08033009.

Alexis Fields of the Ticktin Law Group, P.A., Deerfield Beach, for appellant.

Jeremy W. Harris, Masimba M. Mutamba, Khari E. Taustin, and Angela Barbosa Wilborn of Morris, Laing, Evans, Brock & Kennedy, CHTD, for appellee.

PER CURIAM.

We reverse the final judgment of mortgage foreclosure because Deutsche Bank ("the Bank") did not establish that it had standing at the time it filed the complaint. A copy of the note attached to the complaint listed GE Money Bank as the lender. During trial, the Bank introduced the original note into evidence, which contained an undated endorsement in favor of the Bank by GE Money Bank. Darren Yassen, a representative of the Bank's servicing agent, admitted that he did not know when the endorsement was placed on the note. The Bank did not present testimony from any other witnesses or present any evidence as to the date of the endorsement. Because the Bank did not present any evidence that it had

standing at the inception of the lawsuit, reversal is warranted.  *See Boyd v. Wells Fargo Bank, N.A.,* 143 So. 3d 1128 (Fla. 4th DCA 2014); *Rigby v. Wells Fargo Bank, N.A.,* 84 So. 3d 1195 (Fla. 4th DCA 2012).

*Reversed.*

CIKLIN, GERBER and LEVINE, JJ., concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***

2